No. 73–290.  DOUGLAS *v.* ARIZONA.  Ct. App. Ariz. Certiorari denied.

No. 73–291.  SPORTS DIVERSIFIED, INC. ET AL. *v.* NATIONAL BANK OF COMMERCE OF TULSA ET AL.  Ct. App. Okla.  Certiorari denied.

No. 73–293.  CITY OF NORTH LAS VEGAS *v.* COUNTY OF CLARK, NEVADA, ET AL.  Sup. Ct. Nev.  Certiorari denied.

No. 73–294.  ZIMMERMAN *v.* OHIO.  Sup. Ct. Ohio. Certiorari denied.

No. 73–299.  MESA OIL CO. *v.* BUSINESS MEN'S ASSURANCE COMPANY OF AMERICA.  C. A. 9th Cir.  Certiorari denied.

No. 73–301.  HOWARD, TRUSTEE *v.* COUNTY OF WELD ET AL.  C. A. 10th Cir.  Certiorari denied.

No. 73–302.  DEUTSCHE DAMPFSCHIFF. GES. "HANSA" *v.* CUMMINS SALES & SERVICE, INC., ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 73–303.  MARTIN, TRUSTEE IN BANKRUPTCY *v.* MIZRAHI ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 73–308.  COTA *v.* CHANDLER ET AL.  Ct. App. Cal., 2d App. Dist.  Certiorari denied.

No. 73–310.  ALLEN *v.* VIRGINIA.  Sup. Ct. Va.  Certiorari denied.

No. 73–311.  SMITH *v.* CALIFORNIA.  Ct. App. Cal., 2d App. Dist.  Certiorari denied.

No. 73–313.  FRASER *v.* CONTINENTAL REALTY CORP. ET AL.  C. A. 4th Cir.  Certiorari denied.